978 So.2d 341 (2008)
STATE ex rel. Michael AUGUSTINE
v.
STATE of Louisiana.
No. 2007-KH-1444.
Supreme Court of Louisiana.
April 18, 2008.
In re Augustine, Michael;Plaintiff; Applying for Supervisory and/or Remedial *342 Writs, Parish of Orleans, Criminal District Court Div. I, No. 303-158; to the Court of Appeal, Fourth Circuit, No. 2007-K-0568.
Denied. Untimely and repetitive. La. C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; cf. La.C.Cr.P. art. 930.4(D).